UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 04-048-01 T

NILL RAMOS :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Nill Ramos, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Nill Ramos,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Dennis Jenkins, SUSPO on the 27th day of December, 2007.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 04-048-01 T

NILL RAMOS :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Nill Ramos, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On September 24, 2004, he was sentenced to a term of 76 months imprisonment after having pled guilty to a charge of conspiracy to possess with intent to distribute over 50 grams of cocaine base, conspiracy to possess with intent to distribute over 100 grams of heroin, possession of over 50 grams of cocaine base and possession with intent to distribute over 100 grams of heroin. with intent to distribute.

2. This sentence represented the mid-range of the sentencing guideline range of 70 to 87 months.

3. The defendant's guideline range was, in part, calculated based on a

conversion of crack cocaine into marijuana equivalencies, pursuant to the drug equivalency table contained in U.S.S.G. § 2D1.1. The amendments to the cocaine base guidelines, effective November 1, 2007, would reduce the defendant's offense level for cocaine base by two levels.

4. The drug equivalency table provides that, in the case of an amount of cocaine base which equates to a level 30, which is the case here, the cocaine base results in a marijuana equivalency of 14 kilograms of marijuana per gram of cocaine base. Application of that figure here would result in the conversion of 12.14 grams of cocaine base to 1723.96 kilograms of marijuana, resulting in the same offense level as in the original PSR, a level 32. This result is, however, inconsistent with the reductions in offense level made retroactive by the crack cocaine guidelines. This conversion formula is, like the other provisions of the sentencing guidelines, advisory.

5. Finally, pursuant to the decision of the United States Supreme Court in Kimbrough v. United States, 76 U.S.L.W. 4023 (U.S. December 10, 2007), the Court may consider a further reduction in Mr. Ramos' sentence, as the Supreme Court observed that "it would not be an abuse of discretion for a district court to conclude when sentencing a particular defendant that the crack/powder disparity yields a sentence 'greater than necessary' to achieve § 3553(a)'s purposes, even in a mine-run case." Slip Op. at 21.

NILL RAMOS,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA and on Dennis Jenkins, SUSPO on the 27th day of December, 2007.

/s/ Edward C. Roy, Esquire