**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 04-48T** |
| | : | |
| **NILL RAMOS** | : | |

**GOVERNMENT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1.B1.10, 2D1.1"**

On December 27, 2007, the defendant filed a motion to reduce his 76 month sentence, imposed on September 24, 2004, based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses.

Pursuant to Local Rule 47, the government seeks another enlargement of the time within which it must respond to the motion, from January 31 until March 3, 2008. The Court granted the government's previous request for enlargement of time. As grounds for this motion, the government states that such additional time is necessary to incorporate guidance from the United States Department of Justice and the United States Attorney's Office for the District of Rhode Island into its response. Furthermore, I ask the Court to take notice of the fact that the U.S. Attorney's Office and the Federal Public Defenders' Office have been in communication with the Court in order to come up with a coordinated approach to these re-sentencings. I believe that the additional continuance will result in a more efficient presentation and disposition of these

matters. It will also ensure that the government presents a consistent response to motions such as that filed by the defendant, several of which have already been filed with this Court.

Granting of the government's motion would not prejudice the defendant. The defendant's motion is premature in light of the Sentencing Commission's December 11, 2007 decision to make the reduced crack cocaine guidelines retroactive does not go into effect on March 3, 2008. Second, granting of the government's motion will not affect the defendant's release date. The defendant is serving a 76 month sentence. Even assuming that he is entitled to a reduction in sentence, any such reduction could not be of such an extent that the defendant would be released prior to March 3, 2008, the date the government is seeking as the revised deadline for it to file its response. Accordingly, the government respectfully requests that its motion for enlargement of time be granted.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein

ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar No. 6701
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
Adi.goldstein@usdoj.gov

Dated: January 31, 2008

Certificate of Service

I hereby certify that on the 31st day of January, 2008, I caused a copy of the within "Government's Motion For Enlargement of Time To Respond To 'Defendant's Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1'" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar No. 6701
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
Adi.goldstein@usdoj.gov