IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 10 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. ) CR. NO.04-48T
)
NILL RAMOS )

STIPULATION REGARDING MODIFICATION OF SENTENCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 27

Criminal History Category I

70 to 87 months imprisonment

3 to 5 years supervised release

$12,500 to $12,000,000 fine.

3. Defendant was sentenced on September 24, 2004 to 76 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 25

Criminal History Category I

57 to 71 months imprisonment

3 to 5 years supervised release

$12,500 to $12,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant had an incident report on March 10, 2007, for Refusing To Obey An Order, on June 14, 2006, for Refusing Work/Program Assignment, and on February 21, 2005, for Engaging in Sexual Acts..

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 60 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

5/12/08
Date

ADI GOLDSTEIN
Assistant U.S. Attorney

5/7/08
Date